FILED
CLERK, U.S. DISTRICT COURT

APR -3 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                        Plaintiff, )
        vs. )
Mariah Marvette Smith, )
                        Defendant. )

Case No.:  CR16-327-CJC -03

ORDER   [OF DETENTION]
AFTER HEARING HELD PURSUANT
TO 18 U.S.C. § 3148 (B)

(Alleged Violation of Conditions of
Pretrial Release)

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge ___Carney___, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

(A) ( ✓ )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

(B) ( )  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

_____

_____

and

(2)

   (A)   ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

   (B)   ( )   that the defendant is unlikely to abide by any condition or combination of conditions of release.

        and/or, in the event of (1) (A)

(3)   (✓)   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

        or

(4)   ( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

        ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

        or

        C.

(✓)   IT IS ORDERED that the defendant be detained prior to trial.

DATED: _____4/3/17_____

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE